JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:  (559) 445-1380

Attorney for Defendant
MARQUIS ALLEN MECA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1: 10 CR 00462 LJO |
| Plaintiff, ) | WAIVER OF PERSONAL APPEARANCE AND ORDER THEREON |
| v. ) | |
| MARQUIS ALLEN MECA, ) | [RULE 43 F.R.Crim.P.] |
| Defendant. ) | |
| ) | HONORABLE LAWRENCE J. O'NEILL |

  Pursuant to Rule 43(b)(3), F.R.Crim.P., Defendant, MARQUIS ALLEN MECA, having been advised of his right to be present at all stages of the proceedings, hereby waives his right to be present in person in open court upon all status conferences and hearings on legal questions. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at all such conferences and hearings by the presence of his attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates at which the defendant's presence is required by the court, including the date set for jury trial.

  Defendant makes this request because he resides in Roslindale, MA and the time and expense of travel to Fresno, CA for non-substantive court hearings would cause a personal and financial hardship on the Defendant.

Dated: December   23   , 2010         /s/  Marquis Allen Meca
                       MARQUIS ALLEN MECA

1  Defendant's counsel joins in his request for waiver of personal appearance at status
2  conferences and hearings on legal questions.

4  Dated: December  23 , 2010            /s/  John F. Garland
                                          JOHN F. GARLAND
5                                         Attorney for Defendant
                                          MARQUIS  ALLEN  MECA

8                              **O R D E R**

9  Good Cause Appearing,

10  Defendant MARQUIS ALLEN  MECA's presence  is
11  excused at any and all non-substantive pretrial hearings until further order of the Court.

14  IT IS SO ORDERED.
15  **Dated:   December 23, 2010**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE