

FILED

NOV 1 0 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 JOHN F. GARLAND #117554
  Attorney at Law
2 1713 Tulare Street, Suite 221
  Fresno, California 93721
3
  Telephone: (559) 497-6132
4 Facsimile: (559) 445-0156

5 Attorney for Defendant
  MARQUIS ALLEN MECA
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    Case No. 1: 10-CR-00462 LJO
11                                  )
          Plaintiff,                )    APPLICATION FOR ORDER EXONERATING
12                                  )    CASH BOND AND ORDER THEREON
          v.                        )
13                                  )
   MARQUIS ALLEN MECA,              )
14                                  )
          Defendant.                )    HONORABLE LAWRENCE J. O'NEILL
15 _____  )

16

17       Defendant, MARQUIS ALLEN MECA, by and through his counsel, John F. Garland,

18 hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the

19 United States District Court for the District of Massachusetts (Boston), Case No. 1:10-mj-

20 00320-JCB-3.

21       On November 6, 2010 defendant MARQUIS ALLEN MECA was arrested following a

22 United States Drug Enforcement Agency controlled delivery of marijuana in the District of

23 Massachusetts. On November 8, 2010 a Warrant of Arrest for MARQUIS ALLEN MECA was

24 issued by this Court for charges in the above captioned case. On November 19, 2010 United

25 States Magistrate Judge Jennifer C. Boal, sitting in the District of Massachusetts at Boston,

26 ordered the release of Mr. Meca, setting conditions of pretrial supervision, a $7,500 cash bond,

27 and a $100,000 unsecured bond. MARQUIS ALLEN MECA was released from custody on

28 or about November 22, 2010 following the deposit of $7,500 cash with the Clerk of the United

1  States District Court for the District of Massachusetts (Boston) by GENIE MECA [Receipt #
2  BST020870], (Docs. 7, 10 and 11; Case No. 1:10-mj-00320-JCB-3) .

3  On July 8, 2011 this Court issued a Warrant for Arrest of MARQUIS ALLEN MECA for
4  a violation of pretrial release conditions. On that same date, after being advised of the issuance
5  of the arrest warrant, Mr. Meca contacted his Pretrial Services Officer in Boston, MA to arrange
6  his self surrender at the Pretrial Services Office. Due to the late Friday afternoon hour, the
7  Pretrial Services Officer instructed Mr. Meca to surrender himself on Monday July 11, 2011. On
8  Monday morning, July 11, 2011 Mr. Meca surrendered himself to the Pretrial Services Office in
9  Boston, MA and he was taken into custody pursuant to the arrest warrant (Doc. 103). On July
10 11, 2011 Mr. Meca's detention hearing was held before United States Magistrate Judge
11 Timothy S. Hillman in the District of Massachusetts at Boston. On July 19, 2011 Magistrate
12 Judge Hillman filed Findings and Order on the Government's Motion for Detention wherein
13 Mr. Meca was ordered detained pending his appearance before this Court.

14 On September 2, 2011 MARQUIS ALLEN MECA appeared before this Court for his
15 initial appearance on the pretrial violation petition. Mr. Meca denied the violation and the Court
16 set an evidentiary hearing on September 23, 2011. Mr. Meca remained detained pending the
17 September 23, 2011 evidentiary hearing (Doc. 116).

18 On September 19, 2011 MARQUIS ALLEN MECA appeared before this Court and
19 entered a plea of guilty to Count 1 of the Indictment and the Court set the sentencing hearing on
20 December 2, 2011. Mr. Meca remained detained pending the sentencing hearing (Doc. 130).

21 On September 26, 2011 this Court signed a Minute Order setting aside Mr. Meca's
22 pretrial violation petition, recalling the arrest warrant and ordered Mr. Meca remain detained
23 pending sentencing pursuant to 18 U.S.C. §3143 (Doc. 132).

24 MARQUIS ALLEN MECA, having been ordered detained pending sentencing
25 pursuant to 18 U.S.C. §3143, hereby requests the Court exonerate the cash bond set by the
26 Magistrate Judge and order the Clerk of the United States District Court for the District of
27 Massachusetts (Boston) to return the $7,500 cash [Receipt # BST020870; Case No. 1:10-mj-
28 00320-JCB-3] to GENIE MECA, 21 Levant Street #3, Boston, MA 02122.

1 | Assistant United States Attorney Karen A. Escobar does not oppose this Application for
2 | Order Exonerating Cash Bond.

4 | Dated: November 8, 2011                                     Respectfully submitted,

/s/ John F. Garland
John F. Garland
Attorney for defendant
MARQUIS ALLEN MECA

## ORDER

IT IS HEREBY ORDERED that the cash bond posted by GENIE MECA is exonerated and the Clerk of the United States District Court for thr District of Massachusetts (Boston) is directed to return the $7,500 cash [Receipt # BST020870; Case No. 1:10-mj-00320-JCB-3] to GENIE MECA, 21 Levant Street #3, Boston, MA 02122.

Dated: 11-10-11

LAWRENCE J. O'NEILL
United States District Judge

3