JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:  (559) 445-0156

Attorney for Defendant
MARQUIS ALLEN MECA

FILED

NOV 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS ALLEN MECA,<br><br>Defendant. | Case No. 1: 10-CR-00462 LJO<br><br>**AMENDED** APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON<br><br>HONORABLE LAWRENCE J. O'NEILL |

Defendant, MARQUIS ALLEN MECA, by and through his counsel, John F. Garland, hereby moves the Court for an amended order exonerating the cash bond deposited with the Clerk of the United States District Court for the District of Massachusetts (Boston), Case No. 1:10-mj-00320-JCB-3.

On November 6, 2010 defendant MARQUIS ALLEN MECA was arrested following a United States Drug Enforcement Agency controlled delivery of marijuana in the District of Massachusetts. On November 8, 2010 a Warrant of Arrest for MARQUIS ALLEN MECA was issued by this Court for charges in the above captioned case. On November 19, 2010 United States Magistrate Judge Jennifer C. Boal, sitting in the District of Massachusetts at Boston, ordered the release of Mr. Meca, setting conditions of pretrial supervision, a $7,500 cash bond, and a $100,000 unsecured bond. MARQUIS ALLEN MECA was released from custody on or about November 22, 2010 following the deposit of $7,500 cash with the Clerk of the United

1

1  States District Court for the District of Massachusetts (Boston) by GENIE MECA [Receipt #
2  BST020870], (Docs. 7, 10 and 11; Case No. 1:10-mj-00320-JCB-3) .

3  On July 8, 2011 this Court issued a Warrant for Arrest of MARQUIS ALLEN MECA for
4  a violation of pretrial release conditions. On that same date, after being advised of the issuance
5  of the arrest warrant, Mr. Meca contacted his Pretrial Services Officer in Boston, MA to arrange
6  his self surrender at the Pretrial Services Office. Due to the late Friday afternoon hour, the
7  Pretrial Services Officer instructed Mr. Meca to surrender himself on Monday July 11, 2011. On
8  Monday morning, July 11, 2011 Mr. Meca surrendered himself to the Pretrial Services Office in
9  Boston, MA and he was taken into custody pursuant to the arrest warrant (Doc. 103). On July
10 11, 2011 Mr. Meca's detention hearing was held before United States Magistrate Judge
11 Timothy S. Hillman in the District of Massachusetts at Boston. On July 19, 2011 Magistrate
12 Judge Hillman filed Findings and Order on the Government's Motion for Detention wherein
13 Mr. Meca was ordered detained pending his appearance before this Court.

14 On September 2, 2011 MARQUIS ALLEN MECA appeared before this Court for his
15 initial appearance on the pretrial violation petition. Mr. Meca denied the violation and the Court
16 set an evidentiary hearing on September 23, 2011. Mr. Meca remained detained pending the
17 September 23, 2011 evidentiary hearing (Doc. 116).

18 On September 19, 2011 MARQUIS ALLEN MECA appeared before this Court and
19 entered a plea of guilty to Count 1 of the Indictment and the Court set the sentencing hearing on
20 December 2, 2011. Mr. Meca remained detained pending the sentencing hearing (Doc. 130).

21 On September 26, 2011 this Court signed a Minute Order setting aside Mr. Meca's
22 pretrial violation petition, recalling the arrest warrant and ordered Mr. Meca remain detained
23 pending sentencing pursuant to 18 U.S.C. §3143 (Doc. 132).

24 On November 9, 2011 MARQUIS ALLEN MECA filed an Application For Order
25 Exonerating Cash Bond and Order Thereon (Doc. 146). On November 10, 2011 this Court
26 signed the Order (Doc. 147) directing the Clerk of the United States District Court for the
27 District of Massachusetts (Boston) to return the $7,500.00 cash to GENIE MECA, 21 Levant #3,
28 Boston, MA 02122.

1  Between November 16, 2011 and November 18, 2011 counsel for Mr. Meca
2  communicated with the Clerk of the United States District Court for the District of
3  Massachusetts (Boston) in an effort to secure the return of the $7,500.00 cash to GENIE MECA
4  pursuant to this Court's Order. On November 21, 2011 counsel for Mr. Meca discovered that on
5  September 13, 2011 United States Magistrate Judge Jennifer C. Boal issued an Order in the
6  United States District Court for the District of Massachusetts (Doc. 21) Case No. 1:10-mj-
7  00320-JCB-3 directing the Clerk of the Court (DMA) to issue a treasury check payable to
8  "Clerk, U.S. District Court for the Eastern District of California" in the amount of $7,500.00
9  representing the transfer of said bail deposit. A copy of said Order is attached hereto.

10  Therefore, MARQUIS ALLEN MECA, hereby requests the Court exonerate the cash
11  bond set by the Magistrate Judge and order the Clerk of the United States District Court for the
12  Eastern District of California to return the $7,500 cash to GENIE MECA, 21 Levant Street #3,
13  Boston, MA 02122.

14  Assistant United States Attorney Karen A. Escobar does not oppose this Amended
15  Application for Order Exonerating Cash Bond.

Dated: November 21, 2011                    Respectfully submitted,

                                            /s/ John F. Garland
                                            John F. Garland
                                            Attorney for defendant
                                            MARQUIS ALLEN MECA

# ORDER

The cash bond posted by GENIE MECA is exonerated and the Clerk of the United States District Court for the Eastern District of California is directed to return the $7,500 cash to GENIE MECA, 21 Levant Street #3, Boston, MA 02122.

IT IS SO ORDERED.

Dated: **November 21, 2011**  /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE